FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01603-BNB

ROBERT BRITTON,

    Plaintiff,

v.

CHARLIE DANIELS,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Robert Britton, is a prisoner in the custody of the Federal Bureau of Prisons (BOP). At the time he initiated this action, he was incarcerated at the United States Penitentiary in Florence, Colorado. He initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a letter with the Court on June 17, 2011.

In an order filed on June 24, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Britton to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Britton was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Britton was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The June 24 order warned Mr. Britton that if he failed

to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On July 5, 2011, the Order to Cure Deficiencies was returned to the Court as undeliverable in an envelope marked "Return to Sender Unable to Forward". Mr. Britton has not communicated with the Court since June 17, 2011. He has now failed to cure the deficiencies within the time provided. He has also failed to notify the Court of his change of address in a timely manner as required by the Local Rules of Practice of this Court. *See* D.C.COLO.LCivR 10.1M. (notice of new address to be filed within five days after any change of address). Therefore, this action will be dismissed for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Robert Britton, to comply with the order to cure dated June 24, 2011. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  1st  day of      August         , 2011.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01603-BNB

Robert Britton
Reg. No. 04529-010
USP Florence - High
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 2, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk